IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUAN LOPEZ-PRILLWITZ,                                             PLAINTIFF


V.                              Civil No. 11-5280


WALMART STORES, INC. and
USABLE CORPORATION d/b/a BLUE
ADVANTAGE ADMINISTRATORS OF ARKANSAS,                            DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant's Motion to Dismiss (Doc. 4)is **GRANTED** and the Motion to Strike Plaintiff's Response (Doc. 9)is **DENIED** as moot.   All parties are to bear their own costs and fees, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 2ND day of March, 2012.


/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge


1